UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LINDA K. HONEYMAN, | Civil No.  C10-0672-MAT |
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before October 4, 2010; and

- Plaintiff shall file the optional Reply Brief on or before October 18, 2010.

**Since the requested extension exceeds the Court's normal practice of granting 30-day extensions, the parties are advised that no further extensions will be granted absent extraordinary circumstances.**

Page 1    ORDER - [C10-0672-MAT]

DATED this 1st day of September, 2010.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA, WSB#26823
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA  98104-7075
Telephone:  (206) 615-2114
FAX:  (206) 615-2531
franco.l.becia@ssa.gov