01
02
03
04
05

06            UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08  LINDA K. HONEYMAN,                )
                                       )   CASE NO. C10-0672-RAJ
09       Plaintiff,                    )
                                       )
10       v.                            )
                                       )   REPORT AND RECOMMENDATION
11  MICHAEL ASTRUE,                    )
    Commissioner of Social Security,   )
12                                     )
         Defendant.                    )
13  _____)

14      Plaintiff Linda K. Honeyman brought this action to seek judicial review of the denial of

15 her application for Disability Insurance Benefits (DIB) and Supplemental Security Income

16 (SSI) by the Commissioner of the Social Security Administration. The parties have now

17 stipulated that this case should be reversed and remanded pursuant to sentence four of 42

18 U.S.C. § 405(g). (Dkt. 16.)

19      Based on the stipulation of the parties, the Court recommends that this case be

20 REVERSED and REMANDED for further administrative proceedings. The parties have

21 stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) provide a new

22 hearing, further develop the record and issue a new decision; (2) attempt to obtain the missing

REPORT AND RECOMMENDATION
PAGE -1

records from David Janeway, M.D., Steven Taylor, M.D., and the records from Exhibit 10F; (3) re-evaluate and further develop the medical evidence or record; (4) re-evaluate steps two and three of the sequential evaluation process; (5) re-evaluate plaintiff's credibility; (6) re-evaluate plaintiff's residual functional capacity pursuant to Social Security Ruling 96-8p; (7) re-evaluate steps four and five with the assistance of a vocational expert, if necessary; and (8) not disturb the Appeals Council's February 24, 2010 SSI fully favorable decision based on the GRIDS since January 29, 2007.  The parties also stipulate that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Given the above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings.   A proposed order accompanies this Report and Recommendation.

DATED this 5th day of October, 2010.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2