01
02
03
04
05                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
06                                    AT SEATTLE

07   LINDA K. HONEYMAN,                     )
                                            )   CASE NO. C10-0672-RAJ
08          Plaintiff,                      )
                                            )
09          v.                              )
                                            )   ORDER OF REMAND
10   MICHAEL J. ASTRUE,                     )
     Commissioner of Social Security,       )
11                                          )
            Defendant.                       )
12   _____ )

13          The parties filed a stipulated motion to reverse and remand this case for further

14   administrative proceedings.  (Dkt. 19.)  It is therefore ORDERED:

15          (1)     The Court adopts the Report and Recommendation;

16          (2)     The Court REVERSES and REMANDS this matter for further administrative

17                  proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

18          (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19          DATED this 1st day of November, 2010.

20
                                            _____
21
                                            The Honorable Richard A. Jones
22                                          United States District Judge

ORDER OF REMAND
PAGE -1